PAUL B. BEACH, State Bar No. 166265
pbeach@lbaclaw.com
JAMES S. EICHER, JR., State Bar No. 213796
jeicher@lbaclaw.com
ROCCO ZAMBITO, JR., State Bar No. 306115
rzambito@lbaclaw.com
LAWRENCE BEACH ALLEN & CHOI, PC
100 West Broadway, Suite 1200
Glendale, California  91210-1219
Telephone No. (818) 545-1925
Facsimile No. (818) 545-1937

JS-6

Attorneys for Defendant
County of Ventura

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN WILSON, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF VENTURA, a public entity; LEONARD LOPEZ, an individual; and DOES 1-20, inclusive.<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-01231-PA-JPRx<br><br>Honorable Percy Anderson<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[FED. R. CIV. P. 41(a)(1)(A)(ii)]<br><br>[*Stipulation lodged concurrently herewith*] |

　　　　Pursuant to the stipulation by and between Plaintiff MEGAN WILSON ("Plaintiff") and Defendants COUNTY OF VENTURA and LEONARD LOPEZ (collectively, "Defendants"), through their respective attorneys of record, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed

in its entirety, with prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated: __August 17, 2021__          _____
                                     Percy Anderson
                                     United States District Judge